UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | Case No.: 13-46513-399 |
|---|---|---|
| Douglas R. Witte | ) | |
| Belinda D. Witte | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | Motion to Incur Debt |
| | ) | **Mtn. 49** |
| | ) | |
| | ) | |

## CERTIFICATION

The undersigned certifies that all entities entitled to notice of the Motion to Incur Debt have been served with the foregoing Motion and Notice, and the time for response has passed.   No responses in opposition have been filed or any responses in opposition have been resolved as set forth below.   Movant requests the Court enter the proposed order.

Date: 5/26/2016

/s/ Sean C. Paul
Sean C Paul # 59371MO
8917 Gravois Rd.
St. Louis, MO   63123
(314) 827-4027 Fax (314) 222-0619
scp@pklawonline.com

## ORDER GRANTING MOTION TO INCUR DEBT

Upon the filing of this motion, and 21 days having passed,
   **IT IS ORDERED** that the Debtors' Motion to Incur Debt is **GRANTED**. The debtors may borrow up to $19,842.50, with payments up to $450.00 per month, to purchase a vehicle.

DATED:  May 26, 2016
St. Louis, Missouri
lat

_/s/ Barry S. Schermer_
Barry S. Schermer
United States Bankruptcy Judge

Prepared by:

/s/ Sean C. Paul
Sean C. Paul, attorney for debtor
8917 Gravois Rd
St. Louis MO 63123
(314) 827-4027
(314) 222-0619
scp@stlbankruptcyfirm.com

Copies mailed to:

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Douglas and Belinda Witte
333 Cedar Ridge
Eureka, MO 63025

Sean C. Paul
Attorney for Debtor
8917 Gravois Rd.
St. Louis MO 63123